

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** May 16, 2018
**To:** The Honorable Robert J. Conrad Jr., U.S. District Judge
**From:** Richard Bogan, U.S. Probation Officer
**Subject:** Garrison, Cameron
Dkt. No.: 3:15CR00285-001
**Request For International Travel**

The above-named defendant appeared before Your Honor on March 3, 2017 and was sentenced to a One (1) Year and One (1) Day term of imprisonment to be followed by Two (2) Years of supervised release following a conviction for Embezzlement from Employee 401(k) Benefit Plans. On 4/10/2017, Mr. Garrison was released from custody and commenced supervised release in the Western District of North Carolina.

During his intake with the Probation Officer, the defendant indicated that he still possesses a large quantity of stock in the company HealthSpace USA and had plans to sell his shares of the stock in order to satisfy his financial restitution obligations to the Court. In speaking with Mr. Garrison, he has indicated that HealthSpace USA will require him to travel to Canada to meet with their attorneys to sign over his portion of the shares and receive payment. The defendant has advised that the proceeds of this transaction will go towards his restitution obligation to the Court, his arrearages in child support payments, and his living expenses while he establishes new employment in Charlotte.

As the defendant was permitted to travel to Canada during pretrial supervision to settle business endeavors, the Probation Office has no objection as the outcome will satisfy a large portion of his financial obligations to the Court.

As such, the Probation Office, respectfully, requests the Court approval regarding the defendant's request for international travel. Thank you for your attention in this matter and please contact this officer at 704-743-6000 should any additional information be required prior to rendering a decision on this matter.


__x__    International Travel Approved

____    International Travel **Not** Approved


Signed: May 16, 2018

_____
Robert J. Conrad, Jr.
United States District Judge